```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

**John Sweeney**

    **v.**                  Case No. 03-cv-350-PB

**Belknap County DOC**

### NOTICE OF RULING

**Re:  Document No. 77, Defendants' Motion for Summary Judgment**

    **Ruling:** Plaintiff's complaint is an action "with respect to prison conditions" that is based on 42 U.S.C. § 1983 and other federal laws. It is therefore subject to the administrative exhaustion requirement of 42 U.S.C. § 1997(e). Defendants argue in a properly supported motion for summary judgment that plaintiff failed to comply with this requirement. Plaintiff has failed to produce sufficient evidence in response to the motion to demonstrate that a genuine factual dispute exists on this issue. In a case such as this where the plaintiff has failed to comply with § 1997(e), the complaint must be dismissed without prejudice. See Medina-Claudio v. Rodriguez-Mateo, 292 F.2d 31, 35-36 (1st Cir. 2002). Motion granted. All other motions are denied.

    Entered by:  Paul Barbadoro, District Judge

    Date:  June 28, 2005

cc:  B. Michael Cormier, Esq.
     Brian J.S. Cullen, Esq.
     John A. Curran, Esq.